# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| GERARDO CASTRO CARDONA, ANGEL HUMBERTO RAYMUNDO PEREZ, VIJAYSINH RAMANJI CHAUHAN, RAJESHKUMAR BHOLABHAI PATEL, MARVIN ALEXIS GOMEZ VALLECIOS, ERICK JOEL AGUSTIN PEREZ, HERMELINDO GUMERCIN ESCOBAR MONTERROSO, and ELMER NOE ROQUE PEREZ, <br><br> *Petitioners*, <br><br> v. <br><br> KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, DIRECTOR, EL PASO ICE FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA BONDI, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE; WARDEN, ERO EL PASO CAMP EAST MONTANA; and WARDEN BOBBY THOMPSON, <br><br> *Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 3:25-CV-00514-LS |

## ORDER

Today, the Court considered this case. Petitioners have filed one petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] Habeas relief often depends upon the unique

---

[1] ECF No. 3.

circumstances of the petitioners in each case. Therefore, the Court finds that having multiple petitioners file one petition for a writ of habeas corpus is inappropriate.

The Court orders that only the lead petitioner, Gerardo Castro Cardona, is allowed to remain in this case. The other petitioners, Angel Humberto Raymundo Perez, Vijaysinh Ramanji Chauhan, Rajeshkumar Bholabhai Patel, Marvin Alexis Gomez Vallecios, Erick Joel Agustin Perez, Elmer Noe Roque Perez, and Hermelindo Gumercin Escobar Monterroso, must file their own individualized habeas petitions.

Petitioner Gerardo Castro Cardona will be allowed **14 days** from the date of this order to file an amended petition for a writ of habeas corpus.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 19, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**